

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2015

No. 04-10-00269-CR

David **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2009CRS000735D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

This court's opinion in this appeal issued on January 5, 2011. After the Texas Court of Criminal Appeals denied appellant's petition for discretionary review, this court's mandate issued on May 18, 2011. Appellant has filed a pro se motion requesting that this court order his attorney to provide him with a copy of his record for purposes of filing a post-conviction writ of habeas corpus. This court has no jurisdiction over post-conviction writs of habeas corpus in felony cases. *See* TEX. CODE CRIM. PROC. art. 11.07; *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig. proceeding). Post-conviction writs of habeas corpus are to be filed in the trial court in which the conviction was obtained, and made returnable to the Court of Criminal Appeals. *See* TEX. CODE CRIM. PROC. art. 11.07. In order to obtain a free copy of the record, appellant would need to file a motion in the trial court in which the conviction was obtained and demonstrate that his claim is not frivolous and that the record is needed to decide the issues presented. *See United States v. MacCollom*, 426 U.S. 317, 326 (1976); *Escobar v. State*, 880 S.W.2d 782, 783 (Tex. App.—Houston [1st Dist.] 1993, no pet.). Because this court has no jurisdiction to consider appellant's motion, the motion is DISMISSED FOR LACK OF JURISDICTION.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court